GREGORY D. RUEB, ESQ. #154589
RUEB & MOTTA, A Professional Law Corporation
1401 Willow Pass Road, Suite 880
Concord, CA 94520
Telephone: 925-602-3400
Facsimile: 925-602-0622
greg@rmmprolaw.com

Attorneys for Plaintiff William W. Ward, Jr.,
Individually and as Personal Representative of
the Estate of Ruth G. Ward, Deceased

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM W. WARD, JR., individually and as the Personal Representative of the Estate of Ruth G. Ward, Deceased<br><br>        Plaintiff,<br><br>vs.<br><br>SUNRISE ASSISTED LIVING INVESTMENTS, INC., a corporation,<br><br>        Defendants. | Case No.: C 05 03165 MMC<br><br>**REQUEST FOR DISMISSAL** |

Pursuant to a stipulation entered into between Plaintiff William W. Ward, Jr., individually and as the Personal Representative of the Estate of Ruth G. Ward, and Defendants Sunrise Senior Living, Inc., Sunrise Assisted Living Investments, Inc., Sunrise Senior Living Investments, Inc., Sunrise Senior Living Management, Inc., Sunrise Senior Living Services, Inc., MSH/Walnut Creek Operating, LLC, and Metropolitan/Walnut Creek Senior Housing, LLC, (collectively "Defendants"), Plaintiff hereby requests that the above referenced action be

1.

REQUEST FOR DISMISSAL No. C 05-03165 MMC

dismissed with prejudice as to these Defendants only, and each party shall bear its own costs and attorneys' fees.

Dated: March 29, 2006.

        RUEB & MOTTA

      By: _____
        Gregory D. Rueb, Esq.
        Attorneys for Plaintiff William W. Ward, Jr.

Dated: March 29, 2006



IT IS SO ORDERED
Judge Maxine M. Chesney

RUEB & MOTTA
A Prof. Law Corp.
Metroplex Office Centre
1401 Willow Pass Road
Suite 880
Concord, CA 94520
(925) 602-3400
Fax (925) 602-0622

2.

REQUEST FOR DISMISSAL No. C 05-03165 MMC